IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | |
| v. ) | Nos. 1:17-CV-01255-MV/KRS |
| ) | 1:99-CR-00571-MV/KRS-1 |
| KEITH HOPSKIN, ) | |
| ) | |
| Defendant/Petitioner. ) | |

**ORDER EXTENDING DEADLINES**

THIS MATTER is before the Court upon Defendant's "Unopposed Motion for Extension of Time to File Written Objections to Proposed Findings and Recommended Disposition" ("Motion"). [CR Doc. 48; CV Doc. 21]. Having reviewed the record, noting the concurrence of the parties, and otherwise being fully advised, the Court finds the Motion is well-taken and will be GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until August 23, 2021, to file any written objections to the Proposed Findings and Recommended Disposition.

IT IS SO ORDERED.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

1