IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                   Nos.   1:99-cr-00571 MV/KRS
                                              1:17-cv-01255 MV/KRS

KEITH HOPSKIN,

    Defendant/Movant.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on Magistrate Judge Kevin R. Sweazea's Proposed Findings and Recommended Disposition ("PFRD"), considering the remaining issue of whether Mr. Hopskin's counsel was ineffective for failing to file an appeal of the judgment. (Doc. 20). The Magistrate Judge found that Mr. Hopskin did not demonstrate that his counsel was ineffective for failing to file an appeal and recommended that the remaining claim be denied and that this case be dismissed with prejudice. The parties were notified that objections were due within fourteen days of service of the PFRD and that, if no objections were filed, no appellate review would be allowed. To date, no objections have been filed.

**IT IS THEREFORE ORDERED** that:

1. The Magistrate Judge's PFRD (Doc. 20) is ADOPTED; and

2. Mr. Hopskin's Motion Under 28 U.S.C. § 2255 is DENIED, and this case is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE